# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 17, 2023

## NO. 03-22-00070-CV

**Gloria Samarripa, Appellant**

**v.**

**Related Management d/b/a Riverside Townhomes, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND THEOFANIS
### REVERSED AND RENDERED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court on November 16, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the portion of the trial court's judgment that awards possession and court costs to Riverside and renders judgment for Samarripa on Riverside's forcible-detainer claim. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.